# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

LAURIE COVERT & ERIC COVERT, her Husband

    Plaintiffs,

vs.

JOEL R. WILSON,

    Defendant

CIVIL ACTION NO. 08-cv-6245-PGS

### AMENDED PRETRIAL SCHEDULING ORDER II

**THIS MATTER** having come before the court for a pretrial conference, and for good cause shown,

IT IS on this 5th day of March 2010,

**ORDERED THAT:**

The previously entered Pretrial Scheduling Order is amended as follows:

1. Plaintiff's Rebuttal Expert Report, concerning only matters referred to in the Defendant's Expert Reports, shall be delivered by April 9, 2010.

Otherwise, the original Pretrial Scheduling Order with Amendments shall remain in effect.

_____
ESTHER SALAS
UNITED STATES MAGISTRATE JUDGE